

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR THE REGISTERED HOLDERS
OF ABFC 2007-WMC1 TRUST ASSET BACKED
FUNDING CORPORATION ASSET BACKED
CERTIFICATES, SERIES 2007-WMC1

               PLAINTIFF          CASE NUMBER: 1:12-cv-8789
                                        DISTRICT JUDGE: HARRY D. LEINENWEBER

          VS.

STEVEN A. RYNIEC, SANDRA A. RYNIEC,

     DEFENDANT(S).

### ORDER DISMISSING CASE

This matter is before the Court on Plaintiff's Motion to Dismiss Case, and the Court being duly advised in the premises, now GRANTS same. The case of U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2007-WMC1 *v* STEVEN A. RYNIEC, SANDRA A. RYNIEC is dismissed without prejudice.

Dated: 3/12/13

_____
Judge

HARRY D. LEINENWEBER